SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 AUG 18 PM 3:57
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIGUEL RAMIREZ-ROBLERO,
a/k/a Miguel Ramirez-Lopez,
a/k/a Timothy Adams Flores,
a/k/a Pablo Jose Ralios,

Defendant.

8:26CR 171

INDICTMENT
42 U.S.C § 408(a)(7)(B)
18 U.S.C § 1015(e)

The Grand Jury charges that

COUNT I

On or about September 20, 2023, in the District of Nebraska, the defendant, MIGUEL RAMIREZ-ROBLERO, a/k/a Miguel Ramirez-Lopez, a/k/a Timothy Adams Flores, a/k/a Pablo Jose Ralios, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number, ending in XXX-XX-5085, is not the Social Security account number assigned by the Commissioner of Social Security to him, for purposes of obtaining any benefit to which he is not entitled and for any other purpose, to wit: to satisfy a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 42, United States Code, Section 408(a)(7)(B), and subject to sentencing under Title 18.

COUNT II

On or about September 20, 2023, in the District of Nebraska, the defendant, MIGUEL RAMIREZ-ROBLERO, a/k/a Miguel Ramirez-Lopez, a/k/a Timothy Adams Flores, a/k/a Pablo Jose Ralios, did knowingly make a false statement and claim that he is a citizen or national of the United States, with the intent to obtain on behalf of himself any Federal and State benefit or service, and to engage unlawfully in employment in the United States.

In violation of Title 18, United States Code, Section 1015(e).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

LYNAE A. TUCKER, NE#27521
Assistant U.S. Attorney